In the Matter of the Charges against Frank McDermott, Appellant.— Determination unanimously confirmed, with costs.

Louise Burke Owens v. Oscar Lee Owens.— Motion granted, with ten dollars costs, unless the appellant procures case to be put on the calendar and argued at the January term, in which case motion denied, without costs.

The People of the State of New York v. The Metropolitan Surety Company. In the Matter of The H. B. Smith Company, Claimant, v. John F. Yawger, as Receiver of the Metropolitan Surety Company.— Motion granted and questions certified as proposed.

The People of the State of New York ex rel. The New York Central and Hudson River Railroad Company, Respondent, v. Michael J. Walsh, Deputy Comptroller, Acting as Comptroller of the State of New York, and Others, Appellants. (Fox Ridge Case.) — Final order reversed, with costs, and motion for peremptory writ of mandamus denied, with ten dollars costs, on the opinion in *People ex rel. New York Central & H. R. R. R. Co. v. Walsh* (*ante*, p. 252), decided herewith. All concurred, except Kellogg and Howard, JJ., who voted for affirmance as to the mandamus to the Comptroller for the money damages.

Wilfred Saddier, an Infant, by Obeline Saddier, His Guardian ad Litem, Respondent, v. Harmony Mills, Appellant.— Motion denied.

Charles Sears v. Daniel P. Sovie.— Motion denied.

Joanna Smith, Respondent, v. Bridget M. Smith, as Administratrix, etc., Impleaded with Hugh W. Feenan and Stephen Feenan, Appellants. —Motion granted.

Elevia Ett Walling, Respondent, v. Oneonta Water Works Company, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.